IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LINDA TERRY, et al.**                                                       **PLAINTIFFS**

**VERSUS**                                                       **CAUSE NO.: 4:04cv269PB**

**N L INDUSTRIES, INC., et al.**                                                 **DEFENDANTS**

## ORDER FOR STAY

      This day this cause came to be heard on Plaintiffs' motion to place this matter on the Suspension Track pursuant to Local Rule 1.3(f), to stay this case pending rulings on dispositive motions and/or conclusion of trial in *Jones, et al. v. NL Industries, Inc., et al.*, United States District Court, Northern District of Mississippi, Greenville Division, Cause No. 4:03cv229MB, and the court having considered the Plaintiffs' motion finds the motion to be well taken. It is therefore,

      ORDERED AND ADJUDGED that this case is placed on the Suspension Track pursuant to Local Rule 1.3(f) and that all scheduling deadlines shall be determined following a Case Management Conference to be scheduled by this Court following the lifting of the stay. The parties herein shall either notify the Court when the stay shall be lifted following the ruling on dispositive motions and/or conclusion of trial in *Jones, et al.* or submit a status report by October 1, 2006, which ever comes first.

      **SO ORDERED**, this the 27th day of April, 2006.

                                                             /s/ Eugene M. Bogen
                                                            MAGISTRATE JUDGE