IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LINDA TERRY, et al**                                                                          **PLAINTIFFS**

**VERSUS**                                                     **CIVIL ACTION NO. 4:04CV269-P-B**

**N L INDUSTRIES, INC., f/k/a NATIONAL
LEAD COMPANY f/k/a DUTCH BOY
PAINTS; JERRY PURNELL; and, JOHN DOES 1-10**         **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion issued this day, it is **ORDERED:**

That the defendant's Motion to Dismiss [36] is **GRANTED**.

Count Three of plaintiffs' Amended Complaint should be, and hereby is, **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this the 17th day of May, 2007.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE